**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**MICHAEL E. LONG, JR.**                                                                                      **PLAINTIFF**

**VS.**                                   **CASE NO. 2:08CV00032 JMM/HDY**

**WILLIAM GAY, ET AL.**                                                                                      **DEFENDANT**

**ORDER**

After reviewing, plaintiff's objection to the denial of his Motion for Order to Preserve Evidence (#13), the Court finds the objection to be without merit and adopts the Magistrate Judge's April 1, 2008 Order as its own.

As stated by the Magistrate Judge, plaintiff may re-file the motion once defendants have been served and filed a responsive pleading.

IT IS SO ORDERED THIS  16  day of   April  , 2008.


_____
James M. Moody
United States District Judge