**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

MICHAEL E. LONG, JR.                                                                           PLAINTIFF
ADC #128075

V.                                          NO: 2:08CV00032 JMM/HDY

WILLIAM GAY *et al.*                                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion to dismiss filed by Defendant Peter Edwards (docket entry #37) is DENIED.

DATED this   13   day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE