**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL E. LONG, JR.　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #128075

V.　　　　　　　　　　　NO: 2:08CV00032 JMM/HDY

WILLIAM GAY *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by Defendant Peter Edwards (docket entry #59) is GRANTED, and Plaintiff's claims against Edwards are DISMISSED WITHOUT PREJUDICE.

DATED this __21__ day of September, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE