**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

MICHAEL E. LONG, JR.                                                                                       PLAINTIFF

V.                                            NO: 2:08CV00032 JMM/HDY

WILLIAM GAY *et al.*                                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for summary judgment filed by Defendant Cathy Perdew (docket entry #106) is GRANTED, and Plaintiff's claims against Perdew are DISMISSED WITHOUT PREJUDICE.

DATED this __9__ day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE