# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**MICHAEL E. LONG, JR.**                                                                                          **PLAINTIFF**

**VS.**                                          **NO. 2:08CV00032  JMM/JTR**

**WILLIAM GAY, ET AL.**                                                                                      **DEFENDANTS**

## ORDER

The Court has reviewed the proposed findings and recommendations from Magistrate Judge H. David Young. The Court has also reviewed Plaintiff's Pre-Trial Information Sheet in which Plaintiff states that he objects to a "grant of Summary Judgment to the defendant on the issue of sovereign immunity." There have been no other objections to the proposed findings and recommendations.

The Court adopts Magistrate Judge Young's findings and partial recommendation which grants in part and denies in part Defendants's Motion for Summary Judgment (#152).

After a careful, de novo review of the record, the Court concludes that the findings and partial recommendation should be, and hereby are, approved and adopted in their entirety as this Court"s findings in all respects.

IT IS THEREFORE ORDERED that:

1. The motion for summary judgment filed by Defendants Faren Clemmons and William Gay is granted in part and denied in part.

2. The motion is granted with respect to Plaintiff's claims against Clemmons and Gay in their official capacities, and all such claims are dismissed with prejudice.

3. The motion is denied in all other respects.

IT IS SO ORDERED this __17__ day of March, 2011.

James M. Moody
United States District Judge