IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MICHAEL E. LONG, JR.**                                        **PLAINTIFF**

**V.**                      **CASE NO. 2:08CV00032 JMM**

**WILLIAM GAY, ET AL.**                                      **DEFENDANTS**

**ORDER**

For the reasons stated into the record at the pre-trial hearing held on March 21, 2011, Defendants's Motion in Limine is granted in part and denied in part (#167) and Plaintiff's oral Motion in Limine is granted in part and denied in part.

IT IS SO ORDERED THIS   21   day of   March  , 2011.

_____
James M. Moody
United States District Judge