THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL. E. LONG, JR.                                                                  PLAINTIFF

VS.                              CASE NO. 2:08CV00032 JMM

WILLIAM GAY AND FARON CLEMMONS                                    DEFENDANTS

## JUDGMENT

This action came on for trial on March 21st and 22nd, 2011, before the Court and a jury, the Honorable James M. Moody, United States District Judge presiding.  On March 22, 2011, at the conclusion of trial the jury returned a verdict in favor of Defendants William Gay and Faron Clemmons and against the plaintiff.

IT IS ORDERED AND ADJUDGED that based upon the jury's verdict as to Defendants William Gay and Faron Clemmons, plaintiff's complaint is dismissed with prejudice with plaintiff taking nothing.

Dated this 22th day of March, 2011.

_____
James M. Moody
United States District Judge